**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Wendell Edward BETANCOURT, a/k/a Shawn Nelson, a/k/a Fire, Defendant—Appellant.**

No. 05–6035.

United States Court of Appeals, Fourth Circuit.

Submitted April 28, 2005.

Decided May 6, 2005.

**336**

Wendell Edward Betancourt, Appellant pro se.

Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wendell E. Betancourt seeks to appeal the district court's order denying his motion for recusal. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Betancourt seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*